# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR 14 PM 1:09
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>**Luis Alfonso MORA ARCE**<br>**AKA: Carlos Omar CABALLERO SANABRIA**<br>**AKA: Jorge Daniel RAMIREZ ARMAS** | **Magistrate Docket No.** '08 MJ 1145<br><br>COMPLAINT FOR<br>VIOLATION OF:<br>**TITLE 18 U.S.C. § 1544**<br>**Misuse of Passport (Felony)** |
|---|---|

The undersigned complainant, being duly sworn, states:

**Count 1**

On or about April 12, 2008, within the Southern District of California, Luis Alfonso MORA ARCE did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a US passport number 308661826 issued in the identity of Jorge Daniel RAMIREZ ARMAS, to a Department of Homeland Security, Customs and Border Protection Officer at the Otay Mesa Port of Entry, knowing full well that he was not Jorge Daniel RAMIREZ ARMAS, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

**Count 2**

On or about April 13, 2008, within the Southern District of California, Luis Alfonso MORA ARCE did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a US passport number 420538029 issued in the identity of Carlos Omar CABALLERO SANABRIA, to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Carlos Omar CABALLERO SANABRIA, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 14th day of April, 2008.

UNITED STATES MAGISTRATE JUDGE



**PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS**

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for eight years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Luis Alfonso MORA ARCE used the passport issued for the use of another on 04/12/2008 and 04/13/2008. This Affidavit is made in support of a complaint against DEFENDANT for violations of Title 18, U.S.C., Section 1544, Misuse of a Passport.

3. On 04/13/2008, at approximately 1420 hours, DEFENDANT presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Ysidro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself with U.S. Passport number 420538029 bearing the name Carlos Omar CABALLERO SANABRIA, DPOB 09/23/1976, Mexico, and a photograph that did not bear the likeness of DEFENDANT. DEFENDANT was referred for secondary inspection. In secondary inspection, a fingerprint check revealed that DEFENDANT had previously been arrested and removed from the United States using the name Luis MORA ARCE, and that he had been arrested and removed on 04/12/2008 for using a false US Passport at the Otay Mesa Port of Entry.

4. On 04/13/2008, at approximately 1820 hours the Affiant was advised by a CPB Officer at the San Ysidro POE that DEFENDANT had been detained at the secondary inspection area of the San Ysidro POE. In reviewing the CBP documents, Affiant found that the US passport used by the DEFENDANT on 04/12/2008 was in the identity of Jorge Daniel RAMIREZ ARMAS.

5. On 04/13/2008, at approximately 1950 hours, DEFENDANT was retrieved from the pedestrian secondary inspection area and was brought to an interview room. The Affiant, assisted a CBP Officer, who also acted as translator, obtained consent from DEFENDANT to have his interview audio and video taped. DEFENDANT was read his Miranda warning aloud in Spanish from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Luis Alfonso MORA ARCE, DPOB, 01/23/1981, Nayarit, Mexico. He stated that he was a citizen of Mexico and not a citizen of the United States. DEFENDANT admitted that on or about 04/13/2008 he paid a smuggler $30 and promised to pay an additional $2,500 for a false US Passport. DEFENDANT was subsequently provided with US Passport number 420538029 issued in the identity of Carlos Omar CABALLERO SANABRIA. He admitted that he subsequently used that US Passport to apply for entry into the United States at the San Ysidro Port of Entry on 04/13/2008. He admitted knowing that the

JS

passport was not issued or designed for his use. DEFENDANT stated that he believed that the passport, in fact, belonged to the person whose photograph and identity appeared on the passport.

6. DEFENDANT admitted that on 04/12/2008 he paid a smuggler $60 and promised to pay an additional $3,000 for a false US passport. DEFENDANT stated that he only remembered the passport was in the name of 'Jorge". DEFENDANT identified the photograph on the passport application for US Passport number 308661826 in the identity of Jorge Daniel RAMIREZ ARMAS, as the photograph and name on the passport that he had purchased from the smuggler. He admitted that he subsequently used that US Passport to apply for entry into the United States at the Otay Mesa Port of Entry on or about 04/12/2008. DEFENDANT admitted knowing that the passport was not issued or designed for his use. DEFENDANT stated that he believed that the passport, in fact, belonged to the person whose photograph and identity appeared on the passport.

7. DEFENDANT said that he had previously been living illegally in the United States until April, 2007. He admitted knowing that it was illegal use a US Passport in the name of another. DEFENDANT made a recorded oral confession as to his true identity and to elements of the charge. Record checks were conducted by Affiant which indicated that both US Passports had not yet been reported lost/stolen.

8. On 04/14/2008, at approximately 1130 hours, Affiant contacted VICTIM, Carlos Omar CABALLERO SANABRIA, who stated that he lost his passport on 07/04/2007.

On the basis of the facts presented in this probable cause statement consisting of 2 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offense on or about 04/12/2008 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Jorge Daniel RAMIREZ ARMAS, knowing that it was not issued or designed for his use, in order to gain admission into the United States; and on or about 04/13/2008 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Carlos Omar CABALLERO SANABRIA, knowing that it was not issued or designed for his use, in order to gain admission into the United States.