

FILED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1519-JM |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| LUIS ALFONSO MORA-ARCE,<br>  aka Carlos Omar<br>    Caballero Sanabria<br>  aka Jorge Daniel Ramirez Armas | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 13, 2008, within the Southern District of California, defendant LUIS ALFONSO MORA-ARCE, did willfully and knowingly use passport number 420538029, issued under the authority of the United States, to Carlos Omar Caballero Sanabria, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: May 13, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

CALEB E. MASON
Assistant U.S. Attorney

CEM:pcf
4/21/08