AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

LUIS ALFONSO MORA-ARCE
aka Carlos Omar Caballero Sanabria,
aka Jorge Daniel Ramirez Armas

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1519-JM
08mj1145

I, LUIS ALFONSO MORA-ARCE aka Carlos Omar Caballero Sanabria, aka Jorge Daniel Ramirez Armas, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Luis Alfonso Mora Arce
LUIS ALFONSO MORA-ARCE
Defendant

X _____
HANNI FAKHOURY
Counsel for Defendant

Before _____
JUDICIAL OFFICER